No. 78–523. BAILEY ET AL. *v.* HARGROVE, JUDGE, ET AL. Affirmed on appeal from D. C. M. D. Ga. MR. JUSTICE BRENNAN and MR. JUSTICE MARSHALL dissent.

No. 78–821. HOLLOWAY ET AL. *v.* WISE, JUDGE, ET AL. Affirmed on appeal from D. C. M. D. Ga.